# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SUSAN RAMMELT and CHARLES RAMMELT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRADER JOE'S EAST, INC., and TRADER JOE'S CO., INC., )<br>)<br>Defendants. ) | Case No. 1:18-cv-00461<br><br>Judge: Jorge L. Alonso<br>Magistrate Judge: Jeffrey T. Gilbert |

## DEFENDANTS TRADER JOE'S EAST, INC'S AND TRADER JOE'S CO, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATMENT

The undersigned, counsel of records for Trader Joe's East, Inc. and Trader Joe's Co., Inc. furnishes the following list in compliance with Civil L. R. 7.1 and Fed R. Civ. P. 7.1:

(1) State the full name of every party or amicus the party represents:

**Trader Joe's East, Inc. and Trader Joe's Co., Inc.**

(2) If such party or amicus is a corporation:

  a. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or

  b. State there is no such corporation:

**Trader Joe's East, Inc. is wholly owned by Trader Joe's Company.**

Dated: March 13, 2018

Respectfully submitted,

SMITHAMUNDSEN LLC

By: */s/ Thomas H. Hayden*
    One of the attorneys for Defendants

Michael J. McGowan, ARDC #: 6199089
mmcgowan@salawus.com
Thomas H. Hayden, ARDC #: 6296701
thayden@salawus.com

SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
312.894.3200 -- Telephone
312.894.3210 -- Fax