# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SUSAN RAMMELT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-00461 |
| ) | |
| TRADER JOE'S EAST, INC., ) | Judge: Jorge L. Alonso |
| ) | Magistrate Judge: Jeffrey T. Gilbert |
| Defendant. ) | |

## STIPULATION TO DIMISS

As stipulated and agreed between the parties to the above-entitled action, acting through their respective counsel, that said action be dismissed with prejudice and without cost to any party, all costs having been paid and all matters in controversy, for which said action was brought having been fully settled, compromised, and adjourned.

Dated: August 6, 2019

By: */s/ Thomas G. Siracusa*
Attorney for plaintiff, SUSAN RAMMELT

Thomas G. Siracusa, ARDC #6192758
tsiracusa@prslaw.com
POWER ROGERS & SMITH, LLP
70 West Madison St., Suite 5500
Chicago, IL 60602
.312.236.9381

By: */s/ Michael J. McGowan*
Attorney for defendant, TRADER JOE'S EAST, INC.

Michael J. McGowan, ARDC #: 6199089
mmcgowan@salawus.com
Thomas H. Hayden, ARDC #: 6296701
thayden@salawus.com
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
312.894.3200